# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Janice K. Ford-Claypool,

      Plaintiff,

   *v.*

Carolyn Colvin, Acting Commissioner,
Social Security Administration

      Defendant.

Case Number: 12-0744-SSA-CV-W-MJW

_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED – that the decision of the Commissioner is affirmed and this case is dismissed.

ENTERED ON: August 14, 2013

                                      ANN THOMPSON
                                      Court Executive

                                      *L. Bax*

                                      (By) Deputy Clerk